IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| RICHARD WALTERS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:24-cv-53-JDK-KNM |
| § | |
| STATE FARM LLOYDS, § | |
| § | |
| Defendant. § | |
| § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Richard Walters initiated this insurance coverage dispute in state court. Defendant State Farm Lloyds, asserting diversity jurisdiction, removed the action to federal court on February 8, 2024. Docket No. 1. Defendant moved for summary judgment (Docket No. 15) on September 3, 2024, and the motion was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact and recommendations for disposition.

On January 28, 2025, Judge Mitchell issued a Report recommending that the motion for summary judgment be granted and the complaint dismissed with prejudice. Docket No. 23. No written objections have been filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.

1

*Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 23) as the findings of the Court. Defendants' motion for summary judgment (Docket No. 15) is **GRANTED**, and this case is **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **17th** day of **February, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE